# WattStock LLC
## Balance Sheet
### As of July 31, 2021

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1010 Cash-Bank of Texas | 49,831.40 |
| 1020 Bank of Texas - Interest | 980.20 |
| **Total Bank Accounts** | **$ 50,811.60** |
| **Accounts Receivable** | |
| 1100 Accounts receivable-trade | 2,881,335.03 |
| **Total Accounts Receivable** | **$ 2,881,335.03** |
| **Total Current Assets** | **$ 2,932,146.63** |
| **Fixed Assets** | |
| 1500 Office equipment | 4,109.99 |
| 1510 Warehouse equipment | 16,488.71 |
| 1530 Tools | 42,645.16 |
| 1540 Vehicles | 7,945.47 |
| 1550 Machine & Equipment | 90,000.00 |
| 1600 Web Design | 2,500.00 |
| 1610 Software | 1,502.98 |
| 1700 Accumulated depreciation | -18,063.66 |
| **Total Fixed Assets** | **$ 147,128.65** |
| **Other Assets** | |
| 1800 Organization cost | 18,801.62 |
| 1810 Accumulated amortization | -13,019.20 |
| **Total Other Assets** | **$ 5,782.42** |
| **TOTAL ASSETS** | **$ 3,085,057.70** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 Accounts payable - trade | 938,670.05 |
| **Total Accounts Payable** | **$ 938,670.05** |
| **Other Current Liabilities** | |
| 2120 A/P - The Nolan Group | 81,382.87 |
| 2130 Note Payable - IEC | 555,531.00 |
| 2400 SBA Loan Advance | 394,300.00 |
| **Total Other Current Liabilities** | **$ 1,031,213.87** |
| **Total Current Liabilities** | **$ 1,969,883.92** |
| **Long-Term Liabilities** | |
| 2500 Other Long Term Liabilities | |
| 2510 Note Payable - Jenevein Inheritors Trust | -59,025.00 |
| 2520 Note Payable - Pete Watson | 177,885.00 |

| | | |
|---|---:|---:|
| **Total 2500 Other Long Term Liabilities** | $ | 118,860.00 |
| **Total Long-Term Liabilities** | $ | 118,860.00 |
| **Total Liabilities** | $ | 2,088,743.92 |
| **Equity** | | |
| **3100 Members Equity** | | -809,571.56 |
| **3400 Balance Power Partner Equity** | | 2,643,150.75 |
| **Net Income** | | -837,265.41 |
| **Total Equity** | $ | 996,313.78 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 3,085,057.70 |

Tuesday, Aug 17, 2021 07:56:50 AM GMT-7 - Accrual Basis