Fill in this information to identify the case:

Debtor name: Wattstock LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GE Package Power LP<br>P. O. Box 100371<br>Atlanta, GA 30384 | | | | | | $433,584.07 |
| Pro-Per/Professional Personel Hizmetleri Tic.A.S.<br>Kasap Sok Ozden Konak Apartmani No. 4<br>K1 D1 SisLi<br>Istanbul, TURKEY | | | | | | $368,387.14 |
| Panakor Energy<br>Tumba Muerto, Urbanizacion Los Angeles, Calle 63C Oeste<br>RUC: 155602543-2-2015 DV 59<br>PANAMA | | | | | | $40,000.00 |
| Outsourced Financial Services<br>2719 Indigo Manor Lane<br>Katy, TX 77494 | | | | | | $20,000.00 |
| ToyotaLift of Houston (Doggett)<br>P. O. Box 733593<br>Dallas, TX 75373-3593 | | | | | | $15,487.69 |
| Kane Russell Coleman & Logan PC<br>901 Main Street<br>Suite 5200<br>Dallas, TX 75202 | | | | | | $10,733.25 |

Debtor  Wattstock LLC  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IEC Corporation<br>8795 Folsom Blvd.<br>Suite 205<br>Sacramento, CA 95826 | | | | | | $10,648.08 |
| Sterling Integrity Solutions<br>10214 Piping Rock Lane<br>Houston, TX 77042 | | | | | | $9,150.00 |
| GE Aero Power Services<br>P. O. Box 100371<br>Atlanta, GA 30384 | | | | | | $8,202.06 |
| Frontier Tubular Solutions<br>Dept. 151<br>P. O. Box 4346<br>Houston, TX 77210 | | | | | | $4,200.00 |
| Percento Technologies<br>P. O. Box 19689<br>Houston, TX 77224 | | | | | | $2,062.46 |