Alta Power LLC
4605 Post Oak Place Dr.
Suite 270
Houston, TX 77027-9729

BOKF, NA
dba Bank of Oklahoma
P. O. Box 2300
Tulsa, OK 74192

Frontier Tubular Solutions
Dept. 151
P. O. Box 4346
Houston, TX 77210

GE Aero Power Services
P. O. Box 100371
Atlanta, GA 30384

GE Package Power LP
P. O. Box 100371
Atlanta, GA 30384

GE Power Package Power Inc.
Attn:  Salya Yagana
GE Power c/o Agility Houston Warehouse
2928 Greens Rd., Door #65
Houston, TX 77032

IEC Corporation
8795 Folsom Blvd.
Suite 205
Sacramento, CA 95826

Kane Russell Coleman & Logan PC
901 Main Street
Suite 5200
Dallas, TX 75202

Outsourced Financial Services
2719 Indigo Manor Lane
Katy, TX 77494

Panakor Energy
Tumba Muerto, Urbanizacion Los
Angeles, Calle 63C Oeste
RUC: 155602543-2-2015 DV 59
PANAMA

Percento Technologies

P. O. Box 19689
Houston, TX 77224

Pro-Per/Professional Personel
Hizmetleri Tic.A.S.
Kasap Sok Ozden Konak Apartmani No. 4
K1 D1 SisLi
Istanbul, TURKEY

SBA Office of Disaster Assistance
409 3rd St., SW
Washington, DC 20416

Sterling Integrity Solutions
10214 Piping Rock Lane
Houston, TX 77042

ToyotaLift of Houston (Doggett)
P. O. Box 733593
Dallas, TX 75373-3593