Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
drukavina@munsch.com
tberghman@munsch.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 21-31488-sgj11 |
| WATTSTOCK, LLC, | § § § | Chapter 11 |
| Debtor. | § § § § | Subchapter V |

## WITNESS & EXHIBIT LIST

**NOW COMES** WattStock, LLC (the "Debtor") and lists the following witnesses and exhibits for the hearing scheduling for August 30, 2021 at 9:00 a.m. (including any continuances thereof):

## WITNESSES

1. Patrick Jenevein;

2. Andrew Herr;

3. Any witness called by any other party;

4. Any witness necessary for impeachment or rebuttal;

## EXHIBITS

A. First-Day Declaration of Patrick Jenevein;

B. Agreed Interim Order Authorizing Use of Cash Collateral and Adequate Protection Payments;

C. Any document filed of record in the above-captioned bankruptcy case;

D. Any exhibit necessary for impeachment or rebuttal; and

E. Any exhibit listed or offered by any other party.

Dated: August 27, 2021.                    Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
drukavina@munsch.com
tberghman@munsch.com

*Proposed Counsel for the Debtor
and Debtor-in-Possession*

## Certificate of Service

The undersigned hereby certifies that, on this the 27th day of August, true and correct copies of the foregoing document were served via the Court's ECF notification system on the parties entitled to notice thereby and via US Mail First Class postage pre-paid on the parties on the attached service list.

By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.