**Fill in this information to identify the case:**

Debtor Name: WattStock LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 21-31488 (SGJ)

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: October  
Date report filed: 11/30/2021 (MM / DD / YYYY)

Line of business: Power Equip Repair  
NAISC code: 333611

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Andrew F Herr  
Original signature of responsible party: /s/ Andrew Herr  
Printed name of responsible party: Andrew F Herr

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  WattStock LLC                              Case number  21-31488 (SGJ)

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 10,858.90

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 0.01

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 76.83

22. **Net cash flow**   + $ -76.82

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 10,782.08

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 25,000.00

    (Exhibit E)

Debtor Name  WattStock LLC                                           Case number 21-31488 (SGJ)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                       $ 317,323.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                   5
27. What is the number of employees as of the date of this monthly report?                                      4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ 0.00
30. How much have you paid this month in other professional fees?                                               $ 0.00
31. How much have you paid in total other professional fees since filing the case?                              $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 421,323.00 | − | $ 0.01 | = | $ 421,322.99 |
| 33. **Cash disbursements** | $ 25,000.00 | − | $ 76.83 | = | $ 24,923.17 |
| 34. **Net cash flow** | $ 396,323.00 | − | $ -76.82 | = | $ 396,399.82 |

35. Total projected cash receipts for the next month:                                                           $ 421,323.00
36. Total projected cash disbursements for the next month:                                                    − $ 25,000.00
37. Total projected net cash flow for the next month:                                                         = $ 396,323.00

Debtor Name  WattStock LLC                                    Case number 21-31488 (SGJ)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**WATTSTOCK LLC**
Case No. 21-3144-sgj

### EXHIBIT B

As of October 31, 2021, WattStock LLC (the "Debtor") maintained two accounts at Bank of Texas: (1) Commercial Checking Account ending in 3793 and (2) Business Interest Checking Account ending in 3833. Account statements for October 2021 are attached to the Monthly Operating Report for October 2021.

In November 2021, the Debtor opened a DIP account and transferred the balances from the above accounts to the DIP account. These transactions will be reflected on the Monthly Operating Report for November 2021.

### EXHIBIT C

**Cash Receipts**

| 10/29/2021 | Interest Credit | $0.01 |
|---|---|---|
| | Total | $0.01 |

### EXHIBIT D

**Cash Disbursements**

| 10/12/2021 | Paychex fee | $61.83 |
|---|---|---|
| 10/29/2021 | Service Fee / Maintenance Charge | $15.00 |
| | Total | $76.83 |

### EXHIBIT E

**Total Payables**

| Date Debt Incurred | Who is Owed | Purpose of Debt | Due Date | Amount |
|---|---|---|---|---|
| 10/15/2021 | Munsch Hardt Kopf & Harr, P.C. | Security retainer for postpetition fees and expenses; see Docket No. 52 | 10/15/2021 | $25,000.00 |

### EXHIBIT F

**Total Receivables**

| Who Owes Money | Due Date | Amount |
|---|---|---|
| General Electric | 09/07/2021 | $317,323.00 |



A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
███████3793

Statement Period:
10-01-21 to 10-31-21

0026967 T0925210302105544500 00000 01 100000000 00181189 002 TEXRG1

WATTSTOCK LLC
4040 NORTH CENTRAL EXPRESSWAY
SUITE 850
DALLAS TX  75204

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

Page 1 of 3

## COMMERCIAL CHECKING               ACCOUNT: ███████3793

Statement Period from 10-01-21 through 10-31-21

| | | |
|---|---|---:|
| $ | Starting Balance | 9,923.66 |
| + | 0   Deposits | .00 |
| - | 1   Checks & Withdrawals | 61.83 |
| - | Service Fees | .00 |
| = | Ending Balance | 9,861.83 |

### WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 10-12 PAYCHEX EIB | INVOICE | X94336200035305 | | 61.83 |

### CHECKS             (* Indicates a break in check number sequence)
                       (RTND Indicates a RETURNED CHECK)

   *** No Checks ***

### DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-30 | 9,923.66 | 10-12 | 9,861.83 |




FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014  00000██████3793  000000003872712  10312021  0010          00026967-0044359-0001-0003-T0925210302105544500-01-L

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.**

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|
| **Date of Deposit** / **Amount** | **Outstanding Item** / **Amount** | |
| | | **New Balance** / **Shown on other side** |
| | | **Plus (+)** / **Total A** |
| | | **Equals (=)** |
| | | **Minus (−)** / **Total B** |
| | | **Equals (=)** / **Your current register balance** |
| **Total A** | **Total B** | |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00026967-0044359-0002-0003-T0925210302105544500-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

WATTSTOCK LLC
4040 NORTH CENTRAL EXPRESSWAY
SUITE 850
DALLAS TX  75204

PRIMARY ACCOUNT
▮▮▮▮3793

Statement Period:
10-01-21 to 10-31-21

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

Page 3 of 3

SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 9,883.76 | AVG COLLECTED BAL | 9,883.76 |
| MINIMUM LEDGER BAL | 9,861.83 | | |



00026967-0044360-0003-0003-T0925210302105544500-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
█████3833

Statement Period:
10-01-21 to 10-31-21

0026968  T0925210302105544500 00000 01 100000000 00181190 002 TEXRG1

WATTSTOCK LLC
4040 NORTH CENTRAL EXPRESSWAY
SUITE 850
DALLAS TX  75204

Direct Inquiries To:
24-Hour ExpressBank
800-346-5312

**www.bankoftexas.com**

Page 1 of 3

## BUSINESS INTEREST CHKING                    ACCOUNT: █████3833

Statement Period from 10-01-21 through 10-31-21

| | | |
|---|---|---:|
| $ | Starting Balance | 935.24 |
| + | 1  Deposits | .01 |
| - | 0  Checks & Withdrawals | .00 |
| - | Service Fees | 15.00 |
| = | Ending Balance | 920.25 |

### + DEPOSITS

| Date | | Amount |
|---|---|---:|
| 10-29 | INTEREST CREDIT | .01 |

### — WITHDRAWALS



| Date | | Amount |
|---|---|---:|
| 10-29 | Serv Fee/Maint Charge | 15.00 |

### ✓ CHECKS



(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

*** No Checks ***



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

014  00000█████3833 000000003872712  10312021  0117           00026968-0044361-0001-0003-T0925210302105544500-01-L



A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address -** It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.**

| A. Enter deposits not shown on this statement. | | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|---|---|
| **Date of Deposit** | **Amount** | **Outstanding Item** | **Amount** | |
| | | | | |
| | | | | **New Balance** <br> **Shown on other side** |
| | | | | |
| | | | | **Plus (+)** <br> **Total A** |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | **Minus (-)** <br> **Total B** |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** <br> **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
███████3833

Statement Period:
10-01-21 to 10-31-21

WATTSTOCK LLC
4040 NORTH CENTRAL EXPRESSWAY
SUITE 850
DALLAS TX  75204

Direct Inquiries To:
24-Hour ExpressBank
800-346-5312

**www.bankoftexas.com**

Page 3 of 3



DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09-30 | 935.24 | 10-29 | 920.25 |

ACCOUNT/INTEREST INFORMATION

| INTEREST PAID THIS YEAR | .05 | FED TAX W/HELD THIS YR | .00 |
|---|---|---|---|

SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 935.24 | AVG COLLECTED BAL | 935.24 |
|---|---|---|---|
| MINIMUM LEDGER BAL | 935.24 | | |

