**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: _____               Date report filed: _____
                                                    MM / DD / YYYY

Line of business: _____     NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                        _____

Original signature of responsible party   _____

Printed name of responsible party         _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name  _____        Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?        ❑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?        ❑ ❑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.        $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.        − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.        + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.        = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ _____

    *(Exhibit E)*

Debtor Name  _____   Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name _____     Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# WATTSTOCK LLC
Case No. 21-3144-sgj

### EXHIBIT C

### Cash Receipts

| 12/15/2021 | Refund Service Charge | | $30.00 |
|---|---|---|---|
| | | Total | $30.00 |

### EXHIBIT D

### Cash Disbursements

| 12/01/2021 | Security Retainer for Munsch Hardt Kopf & Harr, P.C.; see Docket No. 52 | $25,000.00 |
|---|---|---|
| 12/14/2021 | Bank of Texas service fee | $57.21 |
| 12/17/2021 | Transfer to Debtor's previous bank account to cover payroll maintenance charge | $61.83 |
| | Total | $25,119.04 |

### EXHIBIT F

### Total Receivables

| Who Owes Money | Due Date | Amount |
|---|---|---|
| General Electric | 09/07/2021 | $326,195.27 |



A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
▮▮▮▮4034

Statement Period:
12-01-21 to 12-31-21

0026813 T0925201012206240600 00000 01 100000000 00181225 002 TEXRG1

WATTSTOCK LLC
DEBTOR IN POSSESSION CASE #21-31488
US BANKRUPTCY COURT NORTHERN DIST OF TEX
4040 N CENTRAL EXPRESSWAY SUITE 850
DALLAS TX   75204

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

Page 1 of 3

## BANKRUPTCY CHECKING

ACCOUNT:  ▮▮▮▮4034



Statement Period from 12-01-21 through 12-31-21

| | | | |
|---|---|---|---:|
| $ | | Starting Balance | 80,755.33 |
| + | 1 | Deposits | 30.00 |
| − | 3 | Checks & Withdrawals | 25,119.04 |
| − | | Service Fees | .00 |
| = | | Ending Balance | 55,666.29 |

### ＋ DEPOSITS

| Date | | Amount |
|---|---|---:|
| 12-15 | TRANSFER FROM CHECKING 8096223833 | 30.00 |

### − WITHDRAWALS

| Date | | Amount |
|---|---|---:|
| 12-01 | CASH MANAGMNT WIRE OUT | 25,000.00 |
| | 001734 | |
| | Munsch Hardt Kopf & Harr, PC | |
| | 111014325BK OF TX | |
| | Retainer | |
| 12-14 | BANK OF TEXAS        ANALYSIS     1 | 57.21 |
| 12-17 | TRANSFER TO CHECKING 8095743793 | 61.83 |



FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014 ▮▮▮▮▮▮▮4034 000000003872712 12312021 0025            00026813-0044327-0001-0003-T0925201012206240600-01-L

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.**

| A. Enter deposits not shown on this statement. | | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|---|---|
| **Date of Deposit** | **Amount** | **Outstanding Item** | **Amount** | |
| | | | | |
| | | | | **New Balance** <br> **Shown on other side** |
| | | | | |
| | | | | **Plus (+)** <br> **Total A** |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | **Minus (−)** <br> **Total B** |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** <br> **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
████4034

Statement Period:
12-01-21 to 12-31-21

WATTSTOCK LLC
DEBTOR IN POSSESSION CASE #21-31488
US BANKRUPTCY COURT NORTHERN DIST OF TEX
4040 N CENTRAL EXPRESSWAY SUITE 850
DALLAS TX   75204

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

Page 3 of 3



CHECKS        (* Indicates a break in check number sequence)
              (RTND Indicates a RETURNED CHECK)

*** No Checks ***



DAILY ACCOUNT BALANCE

| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 11-30 | 80,755.33 | 12-14 | 55,698.12 | 12-17 | 55,666.29 |
| 12-01 | 55,755.33 | 12-15 | 55,728.12 |       |           |

SERVICE FEE BALANCE INFORMATION

AVG LEDGER BALANCE         55,708.64    AVG COLLECTED BAL          55,708.64
MINIMUM LEDGER BAL         55,666.29

