**Fill in this information to identify the case:**

Debtor Name: WattStock LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 21-31488 (SGJ)

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March 2022

Date report filed: 04/20/2022 (MM / DD / YYYY)

Line of business: Power Equip Repair

NAISC code: 333611

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Andrew F Herr

Original signature of responsible party: /s/ Andrew F Herr

Printed name of responsible party: Andrew F Herr

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  WattStock LLC                                    Case number  21-31488 (SGJ)

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 55,539.86

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 323,339.06

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 6,538.93

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 316,800.13

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 372,339.99

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    (Exhibit E)

Debtor Name  WattStock LLC                                              Case number 21-31488 (SGJ)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      _____ 5
27. What is the number of employees as of the date of this monthly report?                         _____ 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?                                  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 326,195.27 | − | $ 323,339.06 | = | $ 2,856.21 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 6,538.93 | = | $ 6,538.93 |
| 34. **Net cash flow** | $ 326,195.27 | − | $ 316,800.13 | = | $ 9,395.14 |

35. Total projected cash receipts for the next month:                                              $ _____ 0.00
36. Total projected cash disbursements for the next month:                                       − $ _____ 16,231.00
37. Total projected net cash flow for the next month:                                            = $ _____ 0.00

Debtor Name  WattStock LLC                                    Case number 21-31488 (SGJ)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**WATTSTOCK LLC**
Case No. 21-3144-sgj

**EXHIBIT C**

**Cash Receipts**

| | | |
|---|---|---|
| 3/9/2022 | Payment on General Electric Invoice | $177,759.48 |
| 3/25/2022 | Payment on General Electric Invoice | $145,579.58 |
| | Total | $323,339.06 |

**EXHIBIT D**

**Cash Disbursements**

| | | |
|---|---|---|
| 3/4/2022 | SBA Loan Payment | $5,117.00 |
| 3/14/2022 | Transfer to Debtor's previous bank account to cover payroll maintenance charge pending W-2 processing | $57.90 |
| 3/24/2022 | Payment to Insurance Broker | $1,364.03 |
| | Total | $6,538.93 |



A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
████4034

Statement Period:
03-01-22 to 03-31-22

0026964  T0925204012206375700 00000 01 100000000 00181573 002 TEXRG1

WATTSTOCK LLC
DEBTOR IN POSSESSION CASE #21-31488
US BANKRUPTCY COURT NORTHERN DIST OF TEX
4040 N CENTRAL EXPRESSWAY SUITE 850
DALLAS TX   75204

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

Page 1 of 3

## BANKRUPTCY CHECKING

ACCOUNT: ████4034



Statement Period from 03-01-22 through 03-31-22

| | | | |
|---|---|---|---:|
| $ | | Starting Balance | 55,539.86 |
| + | 2 | Deposits | 323,339.06 |
| - | 3 | Checks & Withdrawals | 6,538.93 |
| - | | Service Fees | .00 |
| = | | Ending Balance | 372,339.99 |

### ➕ DEPOSITS

| Date | | Amount |
|---|---|---:|
| 03-09 | FORCE PAY ITEM #0  030922 | 177,759.48 |
| | MUB SCFSCFPAYM94359102 | |
| 03-25 | FORCE PAY ITEM #0  032522 | 145,579.58 |
| | MUB SCFSCFPAYM94359102 | |

### ➖ WITHDRAWALS

| Date | | Amount |
|---|---|---:|
| 03-04 | SBA LOAN          PAYMENT     0000 | 5,117.00 |
| 03-14 | BANK OF TEXAS     ANALYSIS    1 | 57.90 |
| 03-24 | CASH MANAGMNT WIRE OUT | 1,364.03 |
| | 000813 | |
| | Ragland, Strother & Lafitte | |
| | 111014325BK OF TX | |
| | Insurance Brokers | |



FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014  ████4034  000000003872712  03312022  0025        00026964-0043900-0001-0003-T0925204012206375700-01-L

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.**

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|
| **Date of Deposit / Amount** | **Outstanding Item / Amount** | |
| | | **New Balance** — Shown on other side |
| | | **Plus (+)** — Total A |
| | | **Equals (=)** |
| | | **Minus (-)** — Total B |
| | | **Equals (=)** — Your current register balance |
| **Total A** | **Total B** | |

*Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00026964-0043900-0002-0003-T0925204012206375700-01-L

# BANK OF TEXAS

A division of BOKF, NA  
P.O. Box 29775  
Dallas, TX 75229-0775  
Member FDIC

PRIMARY ACCOUNT  
▮▮▮▮4034

Statement Period:  
03-01-22 to 03-31-22

WATTSTOCK LLC  
DEBTOR IN POSSESSION CASE #21-31488  
US BANKRUPTCY COURT NORTHERN DIST OF TEX  
4040 N CENTRAL EXPRESSWAY SUITE 850  
DALLAS TX  75204

Direct Inquiries To:  
Comm'l Client Svcs  
866-407-4147

**www.bankoftexas.com**

Page 3 of 3



CHECKS         (* Indicates a break in check number sequence)  
               (RTND Indicates a RETURNED CHECK)

   *** No Checks ***



DAILY ACCOUNT BALANCE

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 02-28 | 55,539.86  | 03-09 | 228,182.34 | 03-24 | 226,760.41 |
| 03-04 | 50,422.86  | 03-14 | 228,124.44 | 03-25 | 372,339.99 |

SERVICE FEE BALANCE INFORMATION

AVG LEDGER BALANCE        215,291.30     AVG COLLECTED BAL        215,291.30  
MINIMUM LEDGER BAL         50,422.86

