T. Josh Judd
Tex. State Bar No. 24036866
Email: jjudd@andrewsmyers.com
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Tel: 713-850-4200
Fax: 832-786-4877
*Counsel for Robert McNamee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| WATTSTOCK, LLC | § | CASE NO. 21-31488-sgj11V |
| | § | |
| Debtor | § | Subchapter V |

**NOTICE OF HEARING ON ROBERT MCNAMEE'S MOTION TO ALLOW LATE FILED UNSECURED CLAIM TO BE TREATED AS TIMELY FILED**
[Related to Docket No. 84]

PLEASE TAKE NOTICE that a hearing on *Robert McNamee's Motion to Allow Late Filed Unsecured Claim to be Treated as Timely Filed* [Docket No. 84] will be held on **Tuesday, July 12, 2022, at 9:30 a.m. (prevailing Central Time)** before the Honorable Stacey G. C. Jernigan, Earl Cabell Federal Building, United States Courthouse, 1100 Commerce Street – 14th Floor, Courtroom No. 1, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that this hearing will be held on a hybrid basis pursuant to General Order 2021-06. To appear via WebEx, parties must use the following: https://us-courts.webex.com/meet/jerniga, Dial-In: 650-479-3207; access code: 479-393-582.

Please see the attached Clerk's Notice 22-04 for additional information.

DATED: June 14, 2022

/s/ T. Josh Judd
T. Josh Judd
ANDREWS MYERS P.C.
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com

*Counsel for Robert McNamee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I caused the foregoing Notice to be served to the parties listed below via the Court's ECF Notification system.

Thomas Daniel Berghman on behalf of Debtor Wattstock LLC
tberghman@munsch.com

Thomas Daniel Berghman on behalf of Plaintiff Wattstock LLC
tberghman@munsch.com

Annmarie Antoniette Chiarello on behalf of Creditor Integrated Engineers and Contractors Corporation
achiarello@winstead.com

Kevin Chiu on behalf of Creditor Alta Power LLC
kevin.chiu@bakerbotts.com

John T. Cox, III on behalf of 3rd Pty Defendant General Electric International, Inc.
tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com

Daniel K. Craddock on behalf of Creditor Profesyonel Personel Hizmetleri Ticaret A.S.
dcraddock@craddockmassey.com, bbutters@craddockmassey.com,sjett@craddockmassey.com

David R. Eastlake on behalf of Creditor Alta Power LLC
david.eastlake@bakerbotts.com

David R. Eastlake on behalf of Defendant Alta Power LLC
david.eastlake@bakerbotts.com

Brian N. Hail on behalf of Plaintiff Wattstock LLC
bhail@krcl.com, vsedon@krcl.com

Eric Thomas Haitz on behalf of 3rd Pty Defendant General Electric International, Inc.
ehaitz@gibsondunn.com, skoller@gibsondunn.com

Eric Thomas Haitz on behalf of Creditor General Electric International, Inc.
ehaitz@gibsondunn.com, skoller@gibsondunn.com

T. Josh Judd on behalf of Creditor Robert McNamee
jjudd@andrewsmyers.com, sray@andrewsmyers.com

John B. Lawrence on behalf of Creditor Alta Power LLC
john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com

John B. Lawrence on behalf of Defendant Alta Power LLC
john.lawrence@bakerbotts.com, jessica.aquino@bakerbotts.com

Andrew LeGrand on behalf of 3rd Pty Defendant General Electric International, Inc.
alegrand@gibsondunn.com, cfitzgerald@gibsondunn.com

Kell C. Mercer on behalf of Creditor Profesyonel Personel Hizmetleri Ticaret A.S.
kell.mercer@mercer-law-pc.com

Thanhan Nguyen on behalf of Debtor Wattstock LLC
anguyen@munsch.com

Thanhan Nguyen on behalf of Plaintiff Wattstock LLC
anguyen@munsch.com

Pooja Patel on behalf of 3rd Pty Defendant General Electric International, Inc.
ppatel@gibsondunn.com

Jessica Bateman Pulliam on behalf of Creditor Alta Power LLC
jessica.pulliam@bakerbotts.com

Andrew D Robertson on behalf of Plaintiff Wattstock LLC
drobertson@krcl.com, mbeaujean@krcl.com

Davor Rukavina on behalf of Debtor Wattstock LLC
drukavina@munsch.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

Steffen Roshaun Sowell on behalf of Creditor Integrated Engineers and Contractors Corporation
ssowell@winstead.com

Katie Rose Talley on behalf of 3rd Pty Defendant General Electric International, Inc.
ktalley@gibsondunn.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Donna K. Webb on behalf of Creditor Small Business Administration
donna.webb@usdoj.gov,
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

      I further certify that on June 14, 2022, I caused the foregoing Notice to be served via U.S. Mail to the parties listed below at the addresses listed.

**Thomas Daniel Berghman**
Munsch Hardt Kopf & Harr PC
500 N Akard Street, Suite 3800
Dallas, TX 75201-6659

**Meadows, Collier, Reed, Cousins, Crouch & Ungerman, L.L.P**
901 Main Street, Suite 3700
Dallas, TX 75202

**Thanhan Nguyen**
Munsch Hardt Kopf and Harr PC
1717 West 6th Street
Suite 250
Austin, TX 78703

**Davor Rukavina**
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Ste 3800
Dallas, TX 75201-6659

**Scott M. Seidel (SBRA V)**
Seidel Law Firm
6505 West Park Blvd, Suite 306
Plano, TX 75093

**U.S. Trustee**
United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

                                                  */s/ T. Josh Judd*
                                                  T. JOSH JUDD

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**



**June 6, 2022**

**CLERK'S NOTICE 22-04**

**PARTICIPATING IN HEARINGS USING WEBEX**

For those participating in hearings using the Court's WebEx audio and video conferencing platform, please review the following information for helpful tips and instructions. WebEx Connection Information, providing applicable WebEx links and call-in numbers for the Judges in the Dallas, Fort Worth, and Wichita Falls Divisions, is attached to this Notice for your reference.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

Please connect at least 10 minutes prior to the hearing time using one of the two options below. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours prior to the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who wish to speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument, or conducting examination are required to utilize the video function. The Court may consider special requests for other appearance options on a case-by-case basis. Please contact the appropriate courtroom deputy for the presiding judge for further information.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a smartphone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the Court or other participants.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**

The meeting number/access code and dial-in number can be found on the attached WebEx Connection Information. Please use *6 or the mute function on your smartphone to mute your line.

## HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the Court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record. Also, use your proper name on your device or for your WebEx login when participating over video, so that the Court can more easily determine who is speaking.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.</u>

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the appropriate courtroom deputy.

## EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF, with a true and correct copy of each designated exhibit filed as a separate, individual attachment, so that the Court and all participants have ready access to all designated exhibits. For voluminous exhibits, please consult the presiding judge's local exhibit requirements, as it may be necessary for you to provide the Court with an exhibit notebook or electronic file in advance of the hearing. For any witness who is to be called to testify remotely, the party calling the witness is responsible for supplying the witness or counsel, as appropriate, with paper copies of all designated exhibits prior to the hearing.

Demonstrative aids and PowerPoints should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

WebEx Connection Information

WebEx Meeting Links:

| | |
|---|---|
| Judge Stacey G. C. Jernigan | https://us-courts.webex.com/meet/jerniga |
| Judge Mark X. Mullin | https://us-courts.webex.com/meet/mullin |
| Judge Edward L. Morris | https://us-courts.webex.com/meet/morris |
| Judge Michelle V. Larson | https://us-courts.webex.com/meet/larson |
| Judge Scott W. Everett | https://us-courts.webex.com/meet/everett |

WebEx Teleconference Information:

| | |
|---|---|
| Judge Stacey G. C. Jernigan | Dial-in 650-479-3207  Access Code  479-393-582 |
| Judge Mark X. Mullin | Dial-in 650-479-3207  Access Code  474-603-746 |
| Judge Edward L. Morris | Dial-in 650-479-3207  Access Code  473-581-124 |
| Judge Michelle V. Larson | Dial-in 650-479-3207  Access Code  160-135-6015 |
| Judge Scott W. Everett | Dial-in 650-479-3207  Access Code  476-420-189 |