IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| *In re:* | § | Case No. 21-31488 |
| | § | |
| WATTSTOCK, LLC,[1] | § | Chapter 11 |
| | § | |
| Reorganized Debtor. | § | Subchapter V |
| | § | |

**NOTICE OF STIPULATION AND AGREED ORDER BY THE DEBTOR AND
GE PACKAGED POWER, LLC TO MODIFY PROOF OF CLAIM NUMBER 9-1**

PLEASE TAKE NOTICE that on October 26, 2021, GE Packaged Power, LLC ("GEPP") filed proof of claim number 9-1 (the "Proof of Claim No. 9") in the claims register.

PLEASE TAKE FURTHER NOTICE that GEPP and the Reorganized Debtor have reached an agreement on a modification of the rent arrearage claim asserted in Proof of Claim No. 9 (the "Stipulation and Agreed Order"). A copy of the Stipulation and Agreed Order is attached hereto as **Exhibit A**.

Dated: June 30, 2023

                                                         **MUNSCH HARDT KOPF & HARR, P.C.**

                                                         By: */s/ Thomas D. Berghman*
                                                            Davor Rukavina, Esq.
                                                            Texas Bar No. 24030781
                                                            Thomas D. Berghman, Esq.
                                                            Texas Bar No. 24082683
                                                            500 North Akard St., Ste. 3800
                                                            Dallas, Texas  75201
                                                            Telephone: (214) 855-7500
                                                            Email: drukavina@munsch.com
                                                                                            tberghman@munsch.com

                                                         *Counsel to the Reorganized Debtor*

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 9179.

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this the 30th day of June, 2023, true and correct copies of this document were electronically served by the Court's ECF system on all parties entitled to notice thereof.

                                          */s/ Thomas Berghman*
                                          Thomas D. Berghman, Esq.