IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| *In re:* | § | Case No. 21-31488 |
| | § | |
| WATTSTOCK, LLC,[1] | § | Chapter 11 |
| | § | |
| Reorganized Debtor. | § | Subchapter V |
| | § | |

**STIPULATION AND AGREED ORDER BY THE DEBTOR AND**
**GE PACKAGED POWER, LLC TO MODIFY PROOF OF CLAIM NUMBER 9-1**

TO THE HONORABLE STACEY G JERNIGAN, CHIEF UNITED STATES BANKRUPTCY JUDGE:

WattStock, LLC (the "Reorganized Debtor" or "WattStock"), the reorganized debtor in the above-styled bankruptcy case ("Bankruptcy Case"), and GE Packaged Power, LLC ("GEPP") hereby stipulate and agree to the following:

---

[1] The last four digits of the Debtor's taxpayer identification number are 9179.

STIPULATION AND AGREED ORDER BY THE DEBTOR AND
GE PACKAGED POWER, LLC TO MODIFY PROOF OF CLAIM NUMBER 9-1 – Page 1

## I. RECITALS

A. On October 26, 2021, GEPP filed proof of claim number 9-1 (the "Proof of Claim No. 9") in the claims register, which asserts, among other things, a claim for pre-petition rent owed in the amount of $536,551.05 (the "Rent Arrears").

B. GEPP and WattStock have agreed to modify the Rent Arrears from $536,551.05 to $333,641.16 to credit WattStock for the rent payments it made prior to commencing the Bankruptcy Case.

## II. STIPULATION AND ORDER

It is therefore agreed and ORDERED as follows:

1. The amount asserted for Rent Arrears in Proof of Claim No. 9 is modified to $333,641.16.

2. The Bankruptcy Court shall retain jurisdiction to enforce the terms of this Stipulation.

### END OF ORDER ###

Agreed to and jointly submitted by:

/s/ Thomas D. Berghman
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Thanhan Nguyen, Esq.
Texas Bar No. 24118479
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
(214) 855-7554
tberghman@munsch.com
anguyen@munsch.com

*Counsel to the Reorganized Debtor*

/s/ Glenn Reisman (with permission)
Glenn Reisman, Esq.
General Electric Company
12 Old Hollow Road
Suite B
Trumbull, Connecticut 06611
(203) 944-0401
glenn.reisman@ge.com

*Counsel for GEPP*